UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA KNUDSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 7:22-CV-003-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion [DE 17] is DENIED. During the hearing, plaintiff waived the constitutional arguments, so those portions of plaintiff's motion [DE 15] are DENIED. The remainder of plaintiff's motion [DE 15] is GRANTED. The matter is REMANDED for further proceedings.

**This judgment filed and entered on March 27, 2023, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)

March 27, 2023

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk